IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

MAR 18 2020

Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–07–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES WAYNE BLISS, | |
| Defendant. | |

On February 13, 2020, Charles Wayne Bliss was sentenced to a guideline sentence of 151 months imprisonment followed by five years of supervised release after pleading guilty to one count of conspiracy to distribute methamphetamine. (Doc. 112.) Bliss now moves for reconsideration of the sentence. However, a court does not have authority to alter a sentence except in limited circumstances, none of which exist here. *See* 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

Accordingly, IT IS ORDERED that Charles Wayne Bliss's motion (Doc. 119) is DENIED.

DATED this _____ day of March, 2020.

_____ 14:42 P.M.
Donald W. Molloy, District Judge
United States District Court